# United States Court of Appeals
## For the First Circuit

Nos. 02-1329
02-1475

IN RE PROVIDENCE JOURNAL COMPANY, INC.,

Petitioner.

ON PETITIONS FOR WRITS OF MANDAMUS
TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND.

ERRATA SHEET

The opinion of this Court issued on June 12, 2002 is corrected as follows:

On page 9, replace lines 8-15 with the following:

> On March 25, 2002, THE JOURNAL filed a mandamus petition with this court seeking: (1) access to legal memoranda previously submitted in the Cianci case but not yet made public; (2) a directive requiring all future memoranda to be placed on file in the clerk's office on the date of submission; and (3) modification of the non-dissemination order to require redaction when feasible (as a less restrictive alternative to sealing). Trial commenced on April 23, 2002.